1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERMIN CANTORAN, | Case No. CV 10-8764-GAF (JEM) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| DOMINGO URIBE, JR., Warden, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: August 29, 2012

*/s/ Gary Feess*
GARY A. FEESS
UNITED STATES DISTRICT JUDGE