# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERMIN CANTORAN,<br><br>            Petitioner,<br><br>   v.<br><br>DOMINGO URIBE, JR., Warden,<br><br>            Respondent. | Case No. CV 10-8764-GAF (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: August 29, 2012

                                                 GARY A. FEESS<br>                                   UNITED STATES DISTRICT JUDGE